No. 762. BANK OF MONTREAL *v.* BEACON CHOCOLATE COMPANY. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Louis S. Dent* and *Charles Y. Freeman* for petitioner. *Mr. Mitchell D. Follansbee* for respondent.

No. 763. HENDERSON TIRE AND RUBBER COMPANY *v.* ALBERT L. REEVES AND MERRILL E. OTIS, JUDGES OF THE UNITED STATES DISTRICT COURT, ETC., ET AL. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Maurice H. Winger* for petitioner. No appearance for respondent.

No. 767. FRANK D. DRAKE *v.* SARAH THOMPSON, JOHN R. THOMPSON, AND IOWA SAVINGS BANK. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William E. Shuman* and *Matthew A. Hall* for petitioner. *Mr. James J. Halligan* for respondents.

No. 110. LUCY FISHER, JAMES CHARLES, ELLEN STAKE, NÉE CHARLES ET AL. *v.* E. J. CRIDER. See *ante*, p. 655.

No. 644. BYRON DUNN AND ROBERT DUNN *v.* STATE OF LOUISIANA. See *ante*, p. 656.

No. 121. A. J. THIGPEN AND A. J. THIGPEN, JR. *v.* MIDLAND OIL COMPANY. See *ante*, p. 658.

No. 761. LUCEY MANUFACTURING CORPORATION *v.* MALCOLM F. MORLAN. January 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Godfrey Goldmark* and *Albert H. Crutcher* for petitioner. *Mr. Oscar Lawler* for respondent.